MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
THERA A. COOPER, ESQ.
Nevada Bar No. 13468
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: thera.cooper@akerman.com

*Attorneys for Nationstar Mortgage LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JANET HITCHCOCK,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; AND NATIONSTAR MORTGAGE, LLC,<br><br>Defendants. | Case No.: 2:18-cv-01655-APG-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(Third Request)** |

Defendant Nationstar Mortgage LLC (**Nationstar**) and Janet Hitchcock (**Hitchcock**) (collectively **parties**) stipulate and agree as follows:

The parties hereby stipulate and agree Nationstar's time to respond to the Hitchcock's complaint (ECF No. 1) filed on August 30, 2018 shall be continued from November 26, 2018 to December 3, 2018.

This is the third request for an extension of this deadline. A defendant, not a signatory to this stipulation, is working to locate records requested by Hitchcock to confirm her final position as to Nationstar in this matter. The parties request a short extension of one additional week to afford the non-signing party defendant the opportunity to locate information that will potentially lead to a final resolution of the litigation as to the stipulating parties only.

. . .

1

The parties submit this request in good faith without the purpose of undue delay.

DATED this 26th day of November, 2018.

| **AKERMAN LLP** | **KNEPPER & CLARK LLC** |
|---|---|
| */s/ Thera A. Cooper* <br> MELANIE D. MORGAN, ESQ. <br> Nevada Bar No. 8215 <br> THERA A. COOPER, ESQ. <br> Nevada Bar No. 13468 <br> 1635 Village Center Circle, Ste. 200 <br> Las Vegas, Nevada 89134 <br><br> *Attorneys for Defendant* <br> *Nationstar Mortgage LLC* | */s/ Shaina R. Plaksin* <br> DAVID H. KRIEGER, ESQ. <br> Nevada Bar No. 9086 <br> 8985 S. Eastern Avenue, Suite 350 <br> Henderson, Nevada 89123 <br><br> MATTHEW I. KNEPPER, ESQ. <br> Nevada Bar No. 12796 <br> MILES N. CLARK, ESQ. <br> Nevada Bar No. 13848 <br> SHAINA R. PLAKSIN, ESQ. <br> Nevada Bar No. 13935 <br> KNEPPER & CLARK LLC <br> 10040 W. Cheyenne Avenue, Suite 170-109 <br> Las Vegas, NV 89129 <br><br> *Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

*/s/ George Foley Jr.*

**UNITED STATES MAGISTRATE JUDGE**

11-27-2018

**DATED**