Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
Shaina R. Plaksin, Esq.
Nevada Bar No. 13935
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
Email: shaina.plaksin@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JANET HITCHCOCK,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; and NATIONSTAR MORTGAGE LLC,<br><br>　　　　Defendants. | Case No.: 2:18-cv-01655-APG-GWF<br><br>**JOINT MOTION TO EXTEND TIME TO FILE STIPULATION OF DISMISSAL OF EQUIFAX INFORMATION SERVICES LLC**<br><br>**[THIRD REQUEST]** |

Plaintiff Janet Hitchcock ("Plaintiff") and Defendant Equifax Information Services, LLC; ("Equifax") (collectively, the "Parties"), by and through their counsel of record, hereby move jointly to extend their deadline to file a Stipulation of Dismissal of Equifax (45) forty-five days:

JOINT MOTION TO EXTEND TIME TO FILE STIPULATION OF DISMISSAL OF EQUIFAX INFORMATION SERVICES LLC [THIRD REQUEST] - 1

1. The Parties settled this matter on November 16, 2018.

2. Equifax provided Plaintiff a draft settlement agreement on March 6, 2019.

3. The Parties are working diligently to resolve remaining issues related to the settlement agreement.

4. The Parties request an extension of forty-five days to file their Stipulation of Dismissal of Equifax to allow Equifax additional time to provide and finalize the settlement agreement.

5. Equifax agrees to meet and satisfy all obligations of the Settlement Agreement in (45) days, which is **May 13, 2019**.

6. Plaintiff agrees to file the Stipulation of Dismissal of Equifax no later than **May 13, 2019**.

DATED March 26, 2019.

| **KNEPPER & CLARK LLC** | **CLARK HILL PLLC** |
|---|---|
| /s/ *Shaina R. Plaksin* | /s/ *Jeremy J. Thompson* |
| Matthew I. Knepper, Esq. | Jeremy J. Thompson, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 12503 |
| Miles N. Clark, Esq. | 3800 Howard Hughes Pkwy., Suite 500 |
| Nevada Bar No. 13848 | Las Vegas NV 89169 |
| Shaina R. Plaksin, Esq. | Email: jthompson@clarkhill.com |
| Nevada Bar No. 13935 | |
| Email: matthew.knepper@knepperclark.com | *Counsel for Defendant* |
| Email: miles.clark@knepperclark.com | *Equifax Information Services, LLC* |
| Email: shaina.plaksin@knepperclark.com | |
| | |
| **HAINES & KRIEGER** | |
| David H. Krieger, Esq. | |
| Nevada Bar No. 9086 | |
| dkrieger@hainesandkrieger.com | |
| | |
| *Counsel for Plaintiff* | |

JOINT MOTION TO EXTEND TIME TO FILE STIPULATION OF DISMISSAL OF EQUIFAX INFORMATION SERVICES LLC [THIRD REQUEST] - 2

# ORDER GRANTING

# EXTENSION OF TIME FOR PARTIES TO FILE STIPULATION OF DISMISSAL OF

# EQUIFAX INFORMATION SERVICES, LLC

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED this  26th  day of   March    2019.