1  Matthew I. Knepper, Esq.
   Nevada Bar No. 12796
2  Miles N. Clark, Esq.
3  Nevada Bar No. 13848
   Shaina R. Plaksin, Esq.
4  Nevada Bar No. 13935
5  KNEPPER & CLARK LLC
   10040 W. Cheyenne Ave., Suite 170-109
6  Las Vegas, NV 89129
   Phone: (702) 825-6060
7  Fax: (702) 447-8048
8  Email: matthew.knepper@knepperclark.com
   Email: miles.clark@knepperclark.com
9  Email: shaina.plaksin@knepperclark.com

10 David H. Krieger, Esq.
   Nevada Bar No. 9086
11 HAINES & KRIEGER, LLC
12 8985 S. Eastern Ave., Suite 350
   Henderson, NV 89123
13 Phone: (702) 880-5554
   Fax: (702) 385-5518
14 Email: dkrieger@hainesandkrieger.com

15
   *Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JANET HITCHCOCK,<br><br>   Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; and NATIONSTAR MORTGAGE LLC,<br><br>   Defendants. | Case No.: 2:18-cv-01655-APG-GWF<br><br>**JOINT MOTION TO EXTEND TIME TO FILE STIPULATION OF DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC.**<br><br>**[FIRST REQUEST]** |

JOINT MOTION TO EXTEND TIME TO FILE STIPULATION OF DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC.[FIRST REQUEST] - 1

Plaintiff, Janet Hitchcock ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") (collectively, the "Parties"), by and through their counsel of record, hereby move jointly to extend their deadline to file a Stipulation of Dismissal of Experian (30) thirty days:

1. The Parties settled this matter on January 29, 2019.

2. The Parties are currently working on finalizing their Settlement Agreement.

3. The Parties request an extension of thirty days to file their Stipulation of Dismissal of Experian to allow Experian additional time to finalize the settlement agreement.

4. Plaintiff agrees to file the Stipulation of Dismissal of Experian no later than **May 8, 2019**.

DATED April 12, 2019.

| **KNEPPER & CLARK LLC** | **NAYLOR & BRASTER** |
|---|---|
| /s/ *Shaina R. Plaksin* | /s/ *Jennifer L. Braster* |
| Matthew I. Knepper, Esq. | Jennifer L. Braster, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 9982 |
| Miles N. Clark, Esq. | Andrew J. Sharples, Esq. |
| Nevada Bar No. 13848 | Nevada Bar No. 12866 |
| Shaina R. Plaksin, Esq. | 1050 Indigo Drive, Suite 200 |
| Nevada Bar No. 13935 | Las Vegas, NV 89145 |
| Email: matthew.knepper@knepperclark.com | Email: jbraster@nblawnv.com |
| Email: miles.clark@knepperclark.com | Email: asharples@nblawnv.com |
| Email: shaina.plaksin@knepperclark.com | |
| | **JONES DAY** |
| **HAINES & KRIEGER** | Katherine A. Neben, Esq. |
| David H. Krieger, Esq. | 3161 Michelson Drive |
| Nevada Bar No. 9086 | Irvine, CA 92612 |
| 8985 S. Eastern Avenue, Suite 350 | Email: kneben@jonesday.com |
| Henderson, NV 89123 | |
| dkrieger@hainesandkrieger.com | *Counsel for Defendant* |
| *Counsel for Plaintiff* | *Experian Information Solutions, Inc.* |

*Hitchcock v. Equifax Information Services LLC et al*
Case No. 2:18-cv-01655-APG-GWF

# ORDER GRANTING

# EXTENSION OF TIME FOR PARTIES TO FILE STIPULATION OF DISMISSAL OF

# EXPERIAN INFORMATION SOLUTIONS, INC.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: April 16, 2019.

JOINT MOTION TO EXTEND TIME TO FILE STIPULATION OF DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC.[FIRST REQUEST] - 3