Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
Shaina R. Plaksin, Esq.
Nevada Bar No. 13935
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
Email: shaina.plaksin@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JANET HITCHCOCK,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; and NATIONSTAR MORTGAGE LLC,<br><br>Defendants. | Case No.: 2:18-cv-01655-APG-GWF<br><br>**ORDER**<br><br>**JOINT MOTION TO EXTEND TIME TO FILE STIPULATION OF DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC.**<br><br>**[SECOND REQUEST]** |

JOINT MOTION TO EXTEND TIME TO FILE STIPULATION OF DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC. [SECOND REQUEST] - 1

| | |
|---|---|
| 1 | Plaintiff, Janet Hitchcock ("Plaintiff") and Defendant Experian Information Solutions, Inc. |
| 2 | ("Experian") (collectively, the "Parties"), by and through their counsel of record, hereby move |
| 3 | jointly to extend their deadline to file a Stipulation of Dismissal of Experian (45) forty-five days: |
| 4 | |
| 5 | 1. The Parties settled this matter on January 29, 2019. |
| 6 | 2. The Parties are currently working on finalizing their Settlement Agreement. |
| 7 | 3. The Parties request an extension of forty-five days to file their Stipulation of Dismissal |
| 8 | of Experian to allow Experian additional time to finalize the settlement agreement. |

/ / /

JOINT MOTION TO EXTEND TIME TO FILE STIPULATION OF DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC. [SECOND REQUEST] - 2

4. Plaintiff agrees to file the Stipulation of Dismissal of Experian no later than **June 24, 2019**.

DATED May 10, 2019.

| **KNEPPER & CLARK LLC** | **NAYLOR & BRASTER** |
|---|---|
| /s/ *Shaina R. Plaksin* | /s/ *Andrew J. Sharples* |
| Matthew I. Knepper, Esq. | Jennifer L. Braster, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 9982 |
| Miles N. Clark, Esq. | Andrew J. Sharples, Esq. |
| Nevada Bar No. 13848 | Nevada Bar No. 12866 |
| Shaina R. Plaksin, Esq. | 1050 Indigo Drive, Suite 200 |
| Nevada Bar No. 13935 | Las Vegas, NV 89145 |
| Email: matthew.knepper@knepperclark.com | Email: jbraster@nblawnv.com |
| Email: miles.clark@knepperclark.com | Email: asharples@nblawnv.com |
| Email: shaina.plaksin@knepperclark.com | |
| | **JONES DAY** |
| **HAINES & KRIEGER** | Katherine A. Neben, Esq. |
| David H. Krieger, Esq. | 3161 Michelson Drive |
| Nevada Bar No. 9086 | Irvine, CA 92612 |
| 8985 S. Eastern Avenue, Suite 350 | Email: kneben@jonesday.com |
| Henderson, NV 89123 | |
| dkrieger@hainesandkrieger.com | *Counsel for Defendant* |
| *Counsel for Plaintiff* | *Experian Information Solutions, Inc.* |

Hitchcock v. Equifax Information Services LLC et al
Case No. 2:18-cv-01655-APG-GWF

### ORDER GRANTING

### EXTENSION OF TIME FOR PARTIES TO FILE STIPULATION OF DISMISSAL OF

### EXPERIAN INFORMATION SOLUTIONS, INC.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: May 10, 2019.

JOINT MOTION TO EXTEND TIME TO FILE STIPULATION OF DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC. [SECOND REQUEST] - 3